March 8, 2021

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 20-1422

UNITED STATES OF AMERICA, Appellant

   v.

SAFEHOUSE, a Pennsylvania nonprofit corporation; ET AL.

_____

SAFEHOUSE, a Pennsylvania nonprofit corporation

   v.

U.S. DEPARTMENT OF JUSTICE; ET AL., Appellants

   (E.D. Pa. No. 2:19-cv-00519)

Present:   BIBAS, Circuit Judge

   Submitted is a motion by Fourteen Cities and Counties for leave to proceed as amicus in support of the petition for rehearing en banc in the above-captioned case.

                    Respectfully,

                    Clerk

_____ORDER_____

The foregoing motion is granted.

                    By the Court,

                    s/ Stephanos Bibas
                    Circuit Judge

Dated: March 9, 2021
CJG/cc:    All Counsel of Record