# U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

## HHS.GOV/OPIOIDS

PREVENTION | TREATMENT | RECOVERY | **ABOUT THE EPIDEMIC**

Home > About the Epidemic > HHS Response: 5-Point Strategy

PRINT   SHARE  

**ABOUT THE EPIDEMIC**

- What is the U.S. Opioid Epidemic?
- Opioid Crisis Statistics
  - Opioids Grants Dashboard
- HHS Response: 5-Point Strategy
  - Better Prevention, Treatment & Recovery Services
  - Better Data
  - Better Pain Management
  - Better Availability of Overdose-Reversing Drugs
  - Better Research

# 5-Point Strategy To Combat the Opioid Crisis

In 2017, HHS launched a comprehensive 5-Point Strategy-PDF to empower local communities on the frontlines. The opioid epidemic is one of the Department's top priorities; through the 5-Point Strategy and HHS's Agency Priority Goal of Reducing Opioid Morbidity and Mortality, the Department continues to focus on most effective efforts for addressing opioid use disorder.

   



**Better** addiction prevention, treatment, and recovery services

**Better** data

**Better** pain management

**Better** targeting of overdose reversing drugs

**Better** research

## Opioid Resources from across HHS

- Administration for Community Living
- Agency for Healthcare Research and Quality
- Centers for Disease Control and Prevention
- Centers for Medicare and Medicaid Services
- Food and Drug Administration
- Health Resources and Services Administration
- Indian Health Service
- National Institute on Drug Abuse
- National Institutes of Health
- Office of the Surgeon General
- Substance Abuse and Mental Health Services Administration

Content last reviewed on January 21, 2021

**Was this page helpful?**
○ Yes
○ No

[ Next ]

Form Approved OMB# 0990-0379 Exp. Date 8/31/2023

Return to top

## HHS.GOV/OPIOIDS

A federal government website managed by the U.S. Department of Health and Human Services
200 Independence Avenue, S.W. Washington, D.C. 20201

Toll Free Call Center: 1-877-696-6775

   

| Contact HHS | HHS Archive | Budget/Performance | FOIA |
| Careers | Accessibility | Inspector General | WhiteHouse.gov |
| HHS FAQs | Privacy Policy | EEO/No FEAR Act | USA.gov |
| Nondiscrimination Notice | Viewers & Players | | |





**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.**  All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

