OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 1, 2021

Ms. Kate Barkman
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: USA v. Safehouse, et al
Case Number: 20-1422
District Court Case Number: 2-19-cv-00519

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936

cc: Loren L. AliKhan
Mira E. Baylson
Ellen C. Brotman
Trevor C. Burrus
John T. Crutchlow

Gregory B. David
Ezekiel R. Edwards
Ilana H. Eisenstein
Michael J. Engle
Ben C. Fabens-Lassen
Brian T. Feeney
Virginia A. Gibson
Peter Goldberger
Ronda B. Goldfein
John M. Gore
Matthew A. Hamermesh
Jeffrey M. Harris
Bryan C. Hughes
Seth F. Kreimer
Thomas A. Leonard IV
Michael D. LiPuma
Erin E. Lindgren
Yolanda F. Lollis
Adrian M. Lowe
Jennifer MacNaughton
James G. Mann
Michael H. McGinley
William M. McSwain
Jessica Natali
Catherine M. Recker
Kevin Rethore
Justin M. Romeo
Mary Catherine Roper
Courtney G. Saleski
Daniel Segal