UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1422
_____

UNITED STATES OF AMERICA

v.

SAFEHOUSE, a Pennsylvania nonprofit corporation;
JOSÉ BENITEZ, as President and Treasurer of Safehouse

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SAFEHOUSE, a Pennsylvania nonprofit corporation

v.

U.S. DEPARTMENT OF JUSTICE; WILLIAM P. BARR, in his official capacity
as Attorney General of the United States; and WILLIAM M. MCSWAIN,
in his official capacity as U.S. Attorney for the Eastern District of Pennsylvania

United States of America, U.S. Department of Justice,
United States Attorney General William P. Barr, and
the United States Attorney for the Eastern District of Pennsylvania
William M. McSwain,

　　　　　　　　　　　　　　　　　　　　　　　　　Appellants

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-00519)
District Judge: Honorable Gerald A. McHugh

_____

Argued: November 16, 2020

Before: AMBRO, BIBAS, and ROTH, *Circuit Judges*

_____

JUDGMENT
_____

　　This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on November 16, 2020.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on February 25, 2020, is hereby **REVERSED** and **REMANDED**. Costs will be taxed against Appellees. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 12, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** April 1, 2021

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**